IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW J. THOMPSON,

    **Plaintiff,**

v.                                Case No.  4:20cv285-MW/MAF

WARDEN R. POLK,
HAMILTON C.I. ANNEX,

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 9. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The fact that Plaintiff mailed his objections in "Legal Mail" envelope but not his amended complaint is, at best, perplexing. If Plaintiff mails his amended complaint in the next thirty days, then this Court will vacate this order and review the amended complaint.

The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a Court Order." The

1

Clerk shall administratively close the file. The file will be reopened if Plaintiff mails an amended complaint on or before November 13, 2020.

**SO ORDERED on October 13, 2020.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
