IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW J. THOMPSON,

     *Plaintiff*,

v.                        Case No.  4:20cv285-MW/MAF

WARDEN R. POLK,
HAMILTON C.I. ANNEX,

     *Defendant*.

_____/

## ORDER ADOPTING SECOND REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections to the second report and recommendation, ECF Nos. 20 & 21. Accordingly,

**IT IS ORDERED:**

The report and recommendation is accepted and adopted, over Plaintiff's objections, as this Court's opinion. Plaintiff's motion to proceed in forma pauperis, ECF No. 15, is **DENIED** pursuant to 28 U.S.C. § 1915(g). The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 14, is **DISMISSED** as an abuse of judicial process.  All other pending motions are **DENIED**." The Clerk

is directed to note on the docket that this case is dismissed pursuant to 28 U.S.C. §

1915(g). The Clerk shall close the file.

**SO ORDERED on December 16, 2020.**

**s/Mark E. Walker** _____
**Chief United States District Judge**